IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SUSAN EINSPAR A/K/A SUSAN ELLYN
EINSPAR-WAYNE,

   Appellant,

v.              Case No.  5D17-690

MATTHEW WAYNE,

   Appellee.

_____/

Opinion filed January 30, 2018

Appeal from the Circuit Court
for Brevard County,
Kelly J. McKibben, Judge.

Mark S. Peters, of Eisenmenger, Blaue &
Peters, P.A., Viera, for Appellant.

Richard J. Feinberg, of Law Office of
Richard J. Feinberg, Indialantic, for
Appellee.

PER CURIAM.

  AFFIRMED.  *Serbousek v. Lucas*, 191 So. 3d 539 (Fla. 5th DCA 2016); *Morris v. Morris*, 743 So. 2d 81 (Fla. 5th DCA 1999), *rev. denied*, 767 So. 2d 459 (Fla. 2000).

PALMER, WALLIS AND EISNAUGLE, JJ., concur.